# EXHIBIT A

2/19/2026 4:18 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111482353
By: Bristalyn Daniels
Filed: 2/19/2026 4:18 PM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMÁN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:52 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on MANTA RAY GATHERING COMPANY LLC (TEXAS LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL came to hand.

**On Thursday, February 19, 2026 AT 4:01 PM, I, Eric M Jimenez, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** MANTA RAY GATHERING COMPANY LLC  (TEXAS LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL, 811 LOUISIANA ST STE 1200, HOUSTON, HARRIS COUNTY, TX 77002.

My name is Eric M Jimenez. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Thursday, February 19, 2026.

*Eric M Jimenez*

Eric M Jimenez
1201 Louisiana Street, Suite 370
Houston, TX 77002

JBCC Registration# PSC-2021 expires May 31, 2026

Doc ID: 347106_6

Certified Document Number: 125225289 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610303 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MANTA RAY GATHERING COMPANY LLC (TEXAS LIMITED LIABILITY COMPANY) MAY BE SERVED

THROUGH ITS REGISTERED AGENT LOUIS NICOL LOUIS NICOL

811 LOUISIANA ST STE 1200

HOUSTON TX 77002

OR WHEREVER IT MAY BE FOUND

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 12, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX 77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125225289 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2026

Certified Document Number:        125225289 Total Pages: 2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/19/2026 4:18 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111482309
By: Bristalyn Daniels
Filed: 2/19/2026 4:18 PM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMÁN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:45 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on GENESIS OFFSHORE HOLDINGS LLC (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL came to hand.

**On Thursday, February 19, 2026 AT 4:01 PM, I, Eric M Jimenez, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** GENESIS OFFSHORE HOLDINGS LLC (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL, 811 LOUISIANA ST STE 1200, HOUSTON, HARRIS COUNTY, TX 77002.

My name is Eric M Jimenez. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Thursday, February 19, 2026.

*Eric M Jimenez*

Eric M Jimenez
1201 Louisiana Street, Suite 370
Houston, TX 77002

JBCC Registration# PSC-2021 expires May 31, 2026

Doc ID: 347106_5

Certified Document Number: 125225271 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610299 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: GENESIS OFFSHORE HOLDINGS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS REGISTERED AGENT LOUIS NICOL

811 LOUISIANA ST STE 1200

HOUSTON TX 77002

OR WHEREVER IT MAY BE FOUND

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 12, 2026.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX 77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125225271 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 13, 2026

Certified Document Number:        125225271 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/19/2026 4:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111482284
By: Bristalyn Daniels
Filed: 2/19/2026 4:17 PM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMÁN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:43 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on GENESIS GTM OPERATING COMPANY LLC (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL came to hand.

**On Thursday, February 19, 2026 AT 4:01 PM, I, Eric M Jimenez, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** GENESIS GTM OPERATING COMPANY LLC (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT LOUIS NICOL, 811 LOUISIANA ST STE 1200, HOUSTON, HARRIS COUNTY, TX 77002.

My name is Eric M Jimenez. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Thursday, February 19, 2026.

*Eric M Jimenez*

Eric M Jimenez
1201 Louisiana Street, Suite 370
Houston, TX 77002

JBCC Registration# PSC-2021 expires May 31, 2026

Doc ID: 347106_4

Certified Document Number: 125225269 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610301 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: GENESIS GTM OFFSHORE OPERATING COMPANY LLC (FOREIGN LIMITED LIABILITY COMPANY)

MAY BE SERVED THROUGH ITS REGISTERED AGENT LOUIS NICOL

811 LOUISIANA ST STE 1200

HOUSTON TX 77002

OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 12, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX 77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125225269 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 13, 2026

Certified Document Number:        125225269 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/19/2026 4:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111482262
By: Bristalyn Daniels
Filed: 2/19/2026 4:17 PM

## CAUSE NO. 2026-09139

LAMÁN GUTIERREZ
**PLAINTIFF**

VS.

DELFIN OFFSHORE PIPELINE LLC, ET AL
**DEFENDANT**

§
§
§
§
§
§
§
§
§
§
§

IN THE 165TH DISTRICT COURT

HARRIS COUNTY, TEXAS

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:42 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on GENESIS ENERGY LP (PUBLICLY TRADED MASTER LIMITED PARTNERSHIP) C/O REGISTERED AGENT LOUIS NICOL came to hand.

**On Thursday, February 19, 2026 AT 4:01 PM, I, Eric M Jimenez, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** GENESIS ENERGY LP (PUBLICLY TRADED MASTER LIMITED PARTNERSHIP) C/O REGISTERED AGENT LOUIS NICOL, 811 LOUISIANA ST STE 1200, HOUSTON, HARRIS COUNTY, TX 77002.

My name is Eric M Jimenez. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Thursday, February 19, 2026.

*Eric M Jimenez*

Eric M Jimenez
1201 Louisiana Street, Suite 370
Houston, TX 77002

JBCC Registration# PSC-2021 expires May 31, 2026

Doc ID: 347106_3

Certified Document Number: 125225264 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610295 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: GENESIS ENERGY LP (PUBLICLY TRADED MASTER LIMITED PARTNERSHIP) MAY BE SERVED THROUGH ITS REGISTERED AGENT LOUIS NICOL

811 LOUISIANA ST STE 1200

HOUSTON TX 77002

OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 12, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX 77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125225264 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2026

Certified Document Number:        125225264 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/23/2026 5:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111613845
By: Kelly Puente
Filed: 2/23/2026 5:16 PM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMÁN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:56 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on DELFIN LNG LLC  (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**On Monday, February 23, 2026 AT 2:31 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** DELFIN LNG LLC  (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas on Monday, February 23, 2026.

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
1201 Louisiana St Ste 370
Houston, TX 77002

JBCC Registration# PSC-1872 expires March 31, 2026

Doc ID: 347106_7

Certified Document Number: 125285378 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610280 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: DELFIN LNG LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN ST STE 900

DALLAS TX 75201

OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 12, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX  77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125285378 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2026

Certified Document Number:        125285378 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/23/2026 5:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111613821
By: Kelly Puente
Filed: 2/23/2026 5:16 PM

## CAUSE NO. 2026-09139

LAMÁN GUTIERREZ
**PLAINTIFF**

VS.

DELFIN OFFSHORE PIPELINE LLC, ET AL
**DEFENDANT**

§
§
§
§
§
§
§
§
§
§
§
§

IN THE 165TH DISTRICT COURT

HARRIS COUNTY, TEXAS

### RETURN OF SERVICE

**On Thursday, February 19, 2026 AT 2:26 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on DELFIN OFFSHORE PIPELINE LLC  (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**On Monday, February 23, 2026 AT 2:31 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** DELFIN OFFSHORE PIPELINE LLC  (FOREIGN LIMITED LIABILITY COMPANY) C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas on Monday, February 23, 2026.

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
1201 Louisiana St Ste 370
Houston, TX 77002

JBCC Registration# PSC-1872 expires March 31, 2026

Doc ID: 347106_2

Certified Document Number: 125285318 - Page 1 of 2

Receipt Number: 1085532
Tracking Number: 74610275 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202609139

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, LAMAN | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: DELFIN OFFSHORE PIPELINE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: DELFIN OFFSHORE PIPELINE LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED
THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN ST STE 900

DALLAS TX 75201

OR WHEREVER IT MAY BE SERVED

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY
DEMAND.

This instrument was filed on February 10, 2026, in the above numbered and styled
cause on the docket in the above Judicial District Court of Harris County, Texas, in
the courthouse in the City of Houston, Texas. The instrument attached describes the
claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
February 12, 2026.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JULIO GARCIA

Issued at request of:
HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE SUITE 1560
HOUSTON TX  77098
713-333-1030
Bar Number: 24055639

Certified Document Number: 125285318 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2026

Certified Document Number:        125285318 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/25/2026 12:18 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111679083
By: Kelly Puente
Filed: 2/25/2026 12:18 AM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMÁN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**On Friday, February 20, 2026 AT 3:32 PM**, CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on DELFIN MIDSTREAM INC (FOREIGN FOR-PROFIT CORPORATION) C/O REGISTERED AGENT CAPITAL CORPORATE SERVICES came to hand.

**On Tuesday, February 24, 2026 AT 12:35 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** DELFIN MIDSTREAM INC (FOREIGN FOR-PROFIT CORPORATION) C/O REGISTERED AGENT CAPITAL CORPORATE SERVICES, by delivering to Brittany Foyle, 1501 S MOPAC EXPY SUITE 220, AUSTIN, TRAVIS COUNTY, TX 78746.

My name is Adriana Nicole Adam. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hays County, Texas on Tuesday, February 24, 2026.

*Adriana Nicole Adam*

Adriana Nicole Adam
243 Guemal Road
Buda, TX 78610

JBCC Registration# PSC-17714 expires October 31, 2027

Doc ID: 347106_1

Certified Document Number: 125306493 - Page 1 of 2

CAUSE NO. 202609139

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1085532

TRACKING NO: 74610287 EML

| | |
|---|---|
| Plaintiff:<br>GUTIERREZ, LAMAN<br>vs.<br>Defendant:<br>DELFIN OFFSHORE PIPELINE LLC | In The 165th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:   DELFIN MIDSTREAM INC (FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH ITS**
**REGISTERED AGENT CAPITAL CORPORATE SERVICES**
**1999 BRYAN STREET STE 900, DALLAS TX 75201**
**OR WHEREVER IT MAY BE FOUND**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND

This instrument was filed on February 10, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on February 12, 2026, under my hand and seal of said court.

Issued at the request of:

HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE, SUITE 1560

HOUSTON TX 77098
713-333-1030
Bar Number: 24055639



*Marilyn Burgess*
Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE    Houston    Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated By:JULIO GARCIA

Certified Document Number: 125306493 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 13, 2026

Certified Document Number:        125306493 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

3/2/2026 5:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111904831
By: Kelly Puente
Filed: 3/2/2026 5:34 PM

## CAUSE NO. 2026-09139

| | | |
|---|---|---|
| LAMAN GUTIERREZ<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 165TH DISTRICT COURT |
| DELFIN OFFSHORE PIPELINE, LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**On Monday, March 2, 2026 AT 11:01 AM**, CITATION, PLAINTIFF'S FIRST AMENDED PETITION, RULE 193.7 NOTICE AND JURY DEMAND for service on RISKNOLOGY INC (A TEXAS CORPORATION) C/O REGISTERED AGENT ANDREW J WOLFORD came to hand.

**On Monday, March 2, 2026 AT 2:36 PM, I, Tiffany Lordi-Morris , PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** RISKNOLOGY INC (A TEXAS CORPORATION) C/O REGISTERED AGENT ANDREW J WOLFORD, 2309 VIENNA DR, GRANBURY, HOOD COUNTY, TX 76048.

My name is Tiffany Lordi-Morris . My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hood County, Texas on Monday, March 2, 2026.

*Tiffany Lordi-Morris*

Tiffany Lordi-Morris
9300 S LONGWOOD DRIVE, GRANBURY TX
GRANBURY
TX,76049

JBCC Registration# SCH 06721 expires April 30, 2027

Doc ID: 347503_2

Certified Document Number: 125406380 - Page 1 of 2

CAUSE NO. 202609139

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1058937

TRACKING NO: 74617003

| | |
|---|---|
| Plaintiff:<br>GUTIERREZ, LAMAN<br>vs.<br>Defendant:<br>DELFIN OFFSHORE PIPELINE LLC | In The 165th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:   RISKNOLOGY INC (A TEXAS CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT ANDREW J WOLFORD**
**292 RESERVE LN #704, ROCKPORT TX 78382**

Attached is a copy of: PLAINTIFFS FIRST AMENDED PETITION RULE 193.7 NOTICE AND JURY DEMAND

This instrument was filed on February 25, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on February 27, 2026, under my hand and seal of said court.

Issued at the request of:

HAYNES, KEVIN CLYDE
2925 RICHMOND AVENUE, SUITE 1560

HOUSTON, TX  77098-5051
713-333-1030
Bar Number: 24055639



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE    Houston  Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated By:JONATHAN VELA

Certified Document Number: 125406380 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 13, 2026

Certified Document Number:        125406380 Total Pages:  2

Marilyn Burgess

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**