# EXHIBIT C

Case 4:26-cv-02098   Document 1-3   Filed 03/16/26 in TXSD   Page 2 of 2

**HCDistrictclerk.com**   GUTIERREZ, LAMAN vs. DELFIN OFFSHORE PIPELINE LLC   3/16/2026

Cause: 202609139   CDI: 7   Court: 165

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 125619945 | Answer to Plaintiff's Original Petition | | 03/16/2026 | 7 |
| | Answer to Plaintiff's Original Petition | | 03/16/2026 | |
| 125605394 | Defendants Delfin Offshore Pipeline, Llc, Delfin Lng, Llc, And Delfin Midstream, Inc.'S Original Answer | | 03/13/2026 | 6 |
| | Defendants Delfin Offshore Pipeline, Llc, Delfin Lng, Llc, And Delfin Midstream, Inc.'S Original Answer | | 03/13/2026 | |
| 125605882 | Risknology, Inc.'s Original Answer | | 03/13/2026 | 4 |
| 125406380 | Return of Service | | 03/02/2026 | 2 |
| 125355427 | eIssue: Citation Corporate | | 02/27/2026 | 2 |
| 125306493 | Return of Service | | 02/25/2026 | 2 |
| 125313954 | Plaintiffs First Amended Petition Rule 193.7 Notice and Jury Demand | | 02/25/2026 | 18 |
| 125285318 | Return of Service | | 02/23/2026 | 2 |
| 125285378 | Return of Service | | 02/23/2026 | 2 |
| 125225264 | Return of Service-GENESIS ENERGY LP | | 02/19/2026 | 2 |
| 125225269 | Return of Service GENESIS GTM OFFSHORE OPERATING COMPANY LLC | | 02/19/2026 | 2 |
| 125225271 | Return of Service-GENESIS OFFSHORE HOLDINGS LLC | | 02/19/2026 | 2 |
| 125225289 | Return of Service-MANTA RAY GATHERING COMPANY LLC | | 02/19/2026 | 2 |
| 125124352 | Notice of Intention to take Deposition by Written Questions | | 02/13/2026 | 5 |
| 125090004 | eIssue: Citation | | 02/12/2026 | 2 |
| 125090069 | eIssue: Citation | | 02/12/2026 | 2 |
| 125090153 | eIssue: Citation Corporate | | 02/12/2026 | 2 |
| 125090222 | eIssue: Citation | | 02/12/2026 | 2 |
| 125090261 | eIssue: Citation | | 02/12/2026 | 2 |
| 125090449 | eIssue: Citation | | 02/12/2026 | 2 |
| 125090484 | eIssue: Citation | | 02/12/2026 | 2 |
| 125059421 | Plaintiff's Original Petition Rule 193.7 Notice and Jury Demand | | 02/10/2026 | 16 |