# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Laman Gutierrez,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| **Delfin Offshore Pipeline, LLC,** | § | |
| **Delfin LNG, LLC,** | § | |
| **Delfin Midstream, Inc.,** | § | **Civil Action No. _____** |
| **Genesis Energy, LP,** | § | |
| **Genesis Offshore Holdings, LLC,** | § | |
| **GTM Offshore Operating Company,** | § | |
| **LLC,** | § | |
| **Manta Ray Offshore Gathering** | § | |
| **Company, LLC,** | § | |
| **Risknology, Inc.,** | § | |
| | § | |
| Defendants. | | |

### INDEX OF MATTERS BEING FILED WITH DEFENDANTS DELFIN OFFSHORE PIPELINE, LLC, DELFIN LNG, LLC, AND <u>DELFIN MIDSTREAM, INC.'S NOTICE OF REMOVAL</u>

Exhibit A:    All executed process in the case:

Return of Service – Manta Ray Gathering Company, LLC

Return of Service – Genesis Offshore Holdings, LLC

Return of Service – Genesis GTM Offshore Operating Company, LLC

Return of Service – Genesis Energy, LP

Return of Service – Delfin LNG, LLC

Return of Service – Delfin Offshore Pipeline, LLC

Return of Service – Delfin Midstream, Inc.

Return of Service – Risknology, Inc.

Exhibit B:    Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions, and all answers to such pleadings:

Plaintiff's Original Petition, Rule 193.7 Notice, and Jury Demand

Plaintiff's First Amended Petition, Rule 193.7 Notice, and Jury Demand

Defendants Delfin Offshore Pipeline, LLC; Delfin LNG, LLC; and Delfin Midstream Inc.'s Original Answer

Risknology, Inc.'s Original Answer

Defendants Genesis Energy, LP, Genesis Offshore Holdings, LLC, Genesis GTM Offshore Operating Company, LLC, and Manta Ray Offshore Gathering Company, LLC's Original Answer

Exhibit C:    The docket sheet.

Exhibit D:    An index of matters being filed.

Exhibit E:    A list of all counsel of record, including addresses, telephone numbers, and parties represented.

There were no orders signed by the state court judge prior to removal.