# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Laman Gutierrez,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **Delfin Offshore Pipeline, LLC,** | § | |
| **Delfin LNG, LLC,** | § | |
| **Delfin Midstream, Inc.,** | § | **Civil Action No. _____** |
| **Genesis Energy, LP,** | § | |
| **Genesis Offshore Holdings, LLC,** | § | |
| **GTM Offshore Operating Company,** | § | |
| **LLC,** | § | |
| **Manta Ray Offshore Gathering** | § | |
| **Company, LLC,** | § | |
| **Risknology, Inc.,** | § | |
| | § | |
| Defendants. | | |

### LIST OF PARTIES AND COUNSEL

**Plaintiff Laman Gutierrez:**

Steve Kherkher
Jesus Garcia, Jr.
Kevin C. Haynes
Hon. Mike Engelhart
Omar R. Chawdhary
Matt L. Martin
Victoria R. Brown
Troy O'Brien
Dakota Eddins
Kherkher Garcia, LLP
2925 Richmond Ave.
Suite 1560
Houston, TX 77098
Tel: (713) 333-1030
Fax: (713) 333-1029
Skherkher-Team@KherkherGarcia.com

AND

Miguel A. Adame
Johnny N. Garza, Jr.

Adame Garza, LLP
2223 N Main Street
Houston, TX 77009
johnny@htxtriallawyers.com

**Defendants Delfin Offshore Pipeline, LLC; Delfin LNG, LLC; and Delfin Midstream, Inc.:**

Jennifer P. Adams
Cristina Espinosa Rodriguez
Thomas G. Greathouse
Hogan Lovells U.S. LLP
609 Main Street
Suite 4200
Houston, TX 77002
Tel: (713) 632-1400
Fax: (713) 632-1401
jennifer.adams@hoganlovells.com
cristina.rodriguez@hoganlovells.com
tom.greathouse@hoganlovells.com

**Defendants Genesis Energy, LP; Genesis Offshore Holdings, LLC; GTM Offshore Operating Company, LLC; Manta Ray Offshore Gathering Company, LLC:**

Marty McLeod
Harrison Martin
Arthur R. Kraatz
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Fax: (504) 568-9130
marty.mcleod@phelps.com
harrison.martin@phelps.com
Arthur.kraatz@phelps.com

**Defendant Risknology, Inc.:**

George R. Gibson
Nathan Sommers Gibson Dillon PC
1400 Post Oak Blvd
Suite 3000
Houston, TX 77056
Tel: (713) 960-0303
ggibson@nathansommers.com